**No. 10-8419. Henry Marshall, Petitioner v. Florida.**

563 U.S. 1035, 131 S. Ct. 2959, 180 L. Ed. 2d 249, 2011 U.S. LEXIS 4315.

June 6, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 45 So. 3d 470.